IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:25mj154
Corrected Court Date: September 3, 2025

JAMES A. LANE

## CRIMINAL INFORMATION

### COUNT ONE

Misdemeanor -Violation No. E2102621

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 30, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JAMES A. LANE, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young* (signature)

Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

6 August 2025
Date